# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| WILLIAM H. SCHRAMM | ) | CASE NO. 3:04CV7782 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORMAN Y. MINETA, Secretary, | ) | |
| Department of Transportation, | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Opinion and Order, granting Defendant's Motion for Summary Judgment in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

          s/Christopher A. Boyko
          HONORABLE CHRISTOPHER A. BOYKO
          UNITED STATES DISTRICT JUDGE

March 25, 2008